UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 3:15-CR-00156 |
| | ) REEVES/GUYTON |
| ROBERT EDWARD COGGINS, JR. | ) |

## MEMORANDUM AND ORDER

This matter is before the court on the defendant's *pro se* motion for early termination of supervised release [R. 2]. In support of his motion, defendant states that he has completed two years of his three-year term of supervised release and he has complied with all conditions of his supervision.

The Probation Office supports defendant's motion and the Government has informed the court that it has no objection to defendant's motion.

Defendant pled guilty to unlawful conversion of federal funds and was sentenced to 7 months imprisonment followed by three years of supervised release. The record shows that defendant has completed more than half of his ordered term of supervised release. Defendant moves for early termination of supervised release pursuant to 18 U.S.C. § 3583(e) which provides:

> The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(6), and (a)(7) –
>
> Terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the

modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

18 U.S.C. § 3583(e)(1).

After carefully considering the requirements of the statute, the court finds that the relevant portions of 18 U.S.C. § 3583(a) support an early termination of defendant's supervised release. In support of this determination, the court notes that defendant has completed more than one year of his term of supervised release and that defendant is in compliance with the conditions of his release. In addition, his probation officer supports early termination. The Government does not oppose the motion. Accordingly, because the requirements of 18 U.S.C. § 3583(e)(1) have been satisfied and in light of the lack of any objection by the Probation Office or the Government, the court finds defendant's motion for early termination of supervised release well taken, and it is hereby **GRANTED**. Defendant's term of supervised release is **TERMINATED.**

The court commends defendant for his efforts to turn his life around, and wishes him success in his future endeavors.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**